D/F



**THE CITY OF NEW YORK**

ZACHARY W. CARTER
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KAREN B. SELVIN
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

February 26, 2018

**Via ECF**
Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1416S
Brooklyn, New York 11201

Re: Jacob Stern, et ano. v. City of New York, et al. 17 CV 04973 (NGG)

Your Honor:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-entitled action. In accordance with this Court's order dated February 21, 2018, the parties have agreed to the following briefing schedule for defendants' motion to dismiss the Amended Class Action Complaint: defendants serve motion to dismiss by March 23, 2018, plaintiffs' serve opposition by April 30, 2018, and defendants serve reply by May 15, 2018.

The parties jointly request that this Court approve the above-referenced briefing schedule. Thank you for your consideration of this request.

Respectfully submitted,
/s/
Karen B. Selvin (KS-3816)
Assistant Corporation Counsel

**Via ECF**
cc: Plaintiffs' Counsel of Record

Application granted.
So ordered.
s/Nicholas G. Garaufis
2/27/18