UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JACOB STERN and BRACHA STERN,

        Plaintiffs,

        v.

THE CITY OF NEW YORK, COMMISSIONER
POLLY TROTTENBERG, COMMISSIONER
JACQUES JIHA, DEPUTY COMMISSIONER
JEFFREY SHEAR, and COMMISSIONER
JAMES O'NEILL,

        Defendants.
------------------------------------------------------------ X

JUDGMENT
17-CV-4973 (NGG) (JO)

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 26, 2019, granting Defendants' motion to dismiss in full; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted in full.

Dated: Brooklyn, NY
      March 27, 2019

                      Douglas C. Palmer
                      Clerk of Court

                      By:    /s/*Jalitza Poveda*
                             Deputy Clerk